UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Edward Williams & Angela Foster-Williams,

Debtor.

Case No.:    18-22941-RG

Chapter:    13

Hearing Date:    08/15/2018

Judge:    Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 15)

_____

Date: 8/14/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*