Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−22941−RG
                              Chapter: 13
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward T. Williams                               Angela M. Foster−Williams
   161 Pomona Ave                                   161 Pomona Ave
   Newark, NJ 07112                              Newark, NJ 07112

Social Security No.:
   xxx−xx−8741                                         xxx−xx−5539

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/18 at 10:00 AM

to consider and act upon the following:

25 − Objection to Motion to Approve Loan Modification (related document:22 Motion to Approve Loan Modification with Bank of America Filed by Russell L. Low on behalf of Angela M. Foster−Williams, Edward T. Williams. Objection deadline is 10/12/2018. (Attachments: # 1 Certification # 2 Order # 3 Exhibit Part 1 # 4 Exhibit Part 2 # 5 Exhibit 3) filed by Debtor Edward T. Williams, Joint Debtor Angela M. Foster−Williams) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 11/5/18

                                                          Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court