Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Credit Acceptance Corporation
JRM-5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:
   EDWARD T. WILLIAMS
   ANGELA M. FOSTER-WILLIAMS

HEARING DATE:

CHAPTER 13
CASE NO.: 18-22941 (RG)

CERTIFICATION OF SERVICE

John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation

hereby certifies as follows:

1. I am the attorney for Credit Acceptance Corporation and am fully familiar with the facts of this case.

2. On 1-10-19, I mailed by regular mail a copy of the agreed order to the following individuals:

Edward T. Wiliams
Angela M. Foster-Williams
161 Pomona Ave.
Newark, NJ 07112
Debtors

Russell L. Low, Esq.
Low & Low
505 Main Street
Suite 304
Hackensack, NJ 07601
Attorney for Debtor

Marie-Ann Greenberg, Esq.

Chapter 13 Standing Trustee
30 Two Bridges Rd.
Suite 330
Fairfield, NJ 07004
Trustee

United States Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
U.S. Trustee

CERTIFICATION

I hereby certify that the foregoing statements made by me are true.  I am aware that if

any of the statements made by me are willfully false, I am subject to punishment.

/s/ John R. Morton, Jr., Esquire
John R. Morton, Jr., Esquire,
Attorney for Credit Acceptance Corporation