RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-22941

Re:   EDWARD T. WILLIAMS                                              Atty:   RUSSELL L LOW ESQ
      ANGELA M. FOSTER-WILLIAMS                                               LOW & LOW ESQS
      161 POMONA AVE                                                          505 MAIN STREET, SUITE 304
      NEWARK, NJ  07112                                                       HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $5,400.00**

## RECEIPTS AS OF 12/31/2018         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/21/2018 | $150.00 | 69893568943 | 09/05/2018 | $300.00 | 17806824033 |
| 10/11/2018 | $150.00 | 5303279000 | 11/14/2018 | $150.00 | 5390069000 |
| 12/21/2018 | $150.00 | 5482465000 | | | |

**Total Receipts: $900.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018         (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 47.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 719.40 | 1,780.60 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABLTY RECVRY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACS/CHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ALLIED COLLECTION SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ALLY FINANCIAL | UNSECURED | 14,766.33 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK | UNSECURED | 2,828.43 | * | 0.00 | |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY PORTFOLIO SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CHLD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/CHADWCKS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 415.72 | 100.00% | 0.00 | |
| 0013 | MIDLAND FUNDING LLC | UNSECURED | 724.72 | * | 0.00 | |
| 0014 | DEBT REC SOL | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DISCOVER BANK | UNSECURED | 1,160.99 | * | 0.00 | |
| 0017 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 467.54 | * | 0.00 | |
| 0018 | DSRM NT BK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HSBCINSLNS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-22941**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0020 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 677.59 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 1,533.12 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 1,701.52 | * | 0.00 | |
| 0025 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PORTFOLIO RECOV ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | MIDLAND FUNDING LLC | UNSECURED | 347.24 | * | 0.00 | |
| 0030 | MIDLAND FUNDING LLC | UNSECURED | 2,023.84 | * | 0.00 | |
| 0031 | SYNCB/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCB/PEACH DIRECT | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CAVALRY SPV I LLC | UNSECURED | 442.41 | * | 0.00 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,781.20 | * | 0.00 | |
| 0039 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 113,175.76 | * | 0.00 | |
| 0040 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 31,904.78 | * | 0.00 | |
| 0041 | WEBBANK/FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | WF EFS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | ALLSTATE PROPERTY & CASUALTY INS. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | CARECREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | EXCEL MEDICAL LAB INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0050 | CAPITAL ONE BANK | UNSECURED | 1,898.13 | * | 0.00 | |
| 0051 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 481.45 | * | 0.00 | |
| 0054 | LVNV FUNDING LLC | UNSECURED | 468.74 | * | 0.00 | |
| 0055 | MIDLAND FUNDING LLC | UNSECURED | 3,287.05 | * | 0.00 | |
| 0056 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | MIDLAND FUNDING LLC | UNSECURED | 796.23 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 438.61 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 331.52 | * | 0.00 | |
| 0062 | SANTANDER CONSUMER USA INC. | UNSECURED | 17,396.28 | * | 0.00 | |
| 0063 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 351.39 | * | 0.00 | |
| 0064 | SYNCB/SAMS CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | US DEP ED | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 31,390.45 | * | 0.00 | |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 32,236.94 | * | 0.00 | |
| 0068 | SANTANDER CONSUMER USA INC. | UNSECURED | 16,196.14 | * | 0.00 | |
| 0069 | MIDLAND FUNDING LLC | UNSECURED | 1,291.27 | * | 0.00 | |
| 0070 | VERIZON | UNSECURED | 656.69 | * | 0.00 | |

**Total Paid:  $767.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $900.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $767.10     =     Funds on Hand: $282.90

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.