Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22941−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward T. Williams
161 Pomona Ave
Newark, NJ 07112

Angela M. Foster−Williams
161 Pomona Ave
Newark, NJ 07112

Social Security No.:
xxx−xx−8741

xxx−xx−5539

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 21, 2018.

On 1/17/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: February 20, 2019
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 18, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-22941-RG
Edward T. Williams                                                    Chapter 13
Angela M. Foster-Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
```
db/jdb         +Edward T. Williams,   Angela M. Foster-Williams,   161 Pomona Ave,   Newark, NJ 07112-2030
517615268       ACS/CHELA,   C/O ACS,   UTICA, NY 13501
517615269      +ALLIED COLLECTION SVCS,    9301 OAKDALE AVE STE 205,   CHATSWORTH, CA 91311-6547
517615272     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  AMERICAN HONDA FINANCE,   201 LITTLE FALLS DR,
                WILMINGTON, DE 19808)
517615273      +BANKAMERICA,   4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517726129       Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
517615282      +CHLD/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
517615284      +CREDIT ACCEPTANCE,   PO BOX 513,   SOUTHFIELD, MI 48037-0513
517629358     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court:  CREDIT ACCEPTANCE,   25505 WEST 12 MILE ROAD,
                SOUTHFIELD , MI 48034)
517615288      +DEBT REC SOL,   6800 JERICHO TURNPIKE,    SYOSSET, NY 11791-4436
517615292      +DSNB MACYS,   PO BOX 8218,   MASON, OH 45040-8218
517615293      +DSRM NT BK,   POB 631,   AMARILLO, TX 79105-0631
517713050       Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517615295      +HSBCINSLNS,   PO BOX 2013,   BUFFALO, NY 14240-2013
517615312      +SANTANDER CONSUMER USA,    PO BOX 961245,   FT WORTH, TX 76161-0244
517655141      +Santander Consumer USA, Inc.,    P.O. Box 560284,   Dallas, TX 75356-0284
517680758       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,
                MADISON, WI 53708-8973
517615324      +US DEP ED,   PO BOX 5609,   GREENVILLE, TX 75403-5609
517615326      +US DEPT OF ED/GLELSI,   2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
517615327      +US DEPT OF ED/GLELSI,   PO BOX 7860,   MADISON, WI 53707-7860
517615331     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court:  WELLS FARGO HM MORTGAG,   8480 STAGECOACH CIR,
                FREDERICK, MD 21701)
517615332      +WF EFS,   PO BOX 5185,   SIOUX FALLS, SD 57117-5185
517615270      +allstate Property & Casualty Ins.,    PO Box 4303,   Carol Stream, IL 60197-4303
517615294      +excel medical lab Inc.,   DBA Everest Medical Lab,    99-107 Glendale Ave.,
                Edison, NJ 08817-5279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517615267      +E-mail/Text: seinhorn@ars-llc.biz Jan 19 2019 00:03:52      ABLTY RECVRY,   PO BOX 4031,
                WYOMING, PA 18644-0031
517615271      +E-mail/Text: ally@ebn.phinsolutions.com Jan 19 2019 00:02:22      ALLY FINANCIAL,
                200 RENAISSANCE CTR,   DETROIT, MI 48243-1300
517627966       E-mail/Text: ally@ebn.phinsolutions.com Jan 19 2019 00:02:22      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
517615276      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 00:08:08      CAPITAL ONE,
                PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517615274       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 00:06:56      CAPITAL ONE,
                15000 CAPITAL ONE DR,   RICHMOND, VA 23238
517615281      +E-mail/Text: bankruptcy@cavps.com Jan 19 2019 00:03:28      CAVALRY PORTFOLIO SERV,
                PO BOX 27288,   TEMPE, AZ 85285-7288
517615283      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2019 00:02:58      COMENITY BANK/CHADWCKS,
                PO BOX 182789,   COLUMBUS, OH 43218-2789
517615286      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 19 2019 00:07:01      CREDIT ONE BANK NA,
                PO BOX 98875,   LAS VEGAS, NV 89193-8875
517699166       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 00:07:31
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517621041      +E-mail/Text: bankruptcy@cavps.com Jan 19 2019 00:03:28      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517615289      +E-mail/Text: electronicbkydocs@nelnet.net Jan 19 2019 00:03:12      DEPT OF EDUCATION/NELN,
                121 S 13TH ST,   LINCOLN, NE 68508-1904
517615291      +E-mail/Text: mrdiscen@discover.com Jan 19 2019 00:02:26      DISCOVER FIN SVCS LLC,
                PO BOX 15316,   WILMINGTON, DE 19850-5316
517629198       E-mail/Text: mrdiscen@discover.com Jan 19 2019 00:02:26      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517615296       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 19 2019 00:03:23      JEFFERSON CAPITAL SYST,
                16 MCLELAND RD,   SAINT CLOUD, MN 56303
517673187       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 19 2019 00:03:23      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517615298      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 00:07:40      LVNV FUNDING LLC,
                 PO BOX 1269,    GREENVILLE, SC 29602-1269
517707111       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 00:07:06      LVNV Funding,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517718370       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 00:07:07
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517704321       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 00:07:06
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517615300       E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2019 00:03:06        MCM,   POB 60578,
                 Los Angeles, CA 90060-0578
517689599       E-mail/Text: bkr@cardworks.com Jan 19 2019 00:02:15       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517615301      +E-mail/Text: bkr@cardworks.com Jan 19 2019 00:02:15       MERRICK BANK CORP,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
517615302      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2019 00:03:06        MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517693186      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2019 00:03:06        Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517615309      +E-mail/Text: bankruptcy@onlineis.com Jan 19 2019 00:03:38       ONLINE COLLECTIONS,    PO BOX 1489,
                 WINTERVILLE, NC 28590-1489
517615310      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 00:07:33
                 PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
517727980       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 00:19:48
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,   Norfolk VA 23541
517615311      +E-mail/Text: bkrpt@retrievalmasters.com Jan 19 2019 00:03:06       RMCB,   PO Box 1235,
                 Elmsford, NY 10523-0935
517615314      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/AMER EAGLE,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517615315       E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/JEWELRY CUSTOM,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517615316      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/LOWES,    PO BOX 956005,
                 ORLANDO, FL 32896-0001
517615317      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517615318      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/PEACH DIRECT,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517615319      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/SAMS CLUB,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517615322      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
517617826      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
517721744      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2019 00:07:18       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517615330      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 19 2019 00:03:44        WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
517615280      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36        carecredit,    po box 960061,
                 Orlando, FL 32896-0061
                                                                                                TOTAL: 42

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
517615277*     +CAPITAL ONE,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517615279*     +CAPITAL ONE,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517615275*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517615278*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517615287*     +CREDIT ONE BANK NA,    PO BOX 98875,   LAS VEGAS, NV 89193-8875
517615285*     +Credit Acceptance,    PO Box 513,   Southfield, MI 48037-0513
517615290*     +DEPT OF EDUCATION/NELN,    121 S 13TH ST,   LINCOLN, NE 68508-1904
517615297*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: JEFFERSON CAPITAL SYST,    16 MCLELAND RD,    SAINT CLOUD, MN 56303)
517615299*     +LVNV FUNDING LLC,    PO BOX 1269,   GREENVILLE, SC 29602-1269
517615303*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615304*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615305*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615306*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615307*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615308*     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517693235*     +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
517615313*     +SANTANDER CONSUMER USA,    PO BOX 961245,   FT WORTH, TX 76161-0244
517615320*     +SYNCB/SAMS CLUB,    PO BOX 965005,   ORLANDO, FL 32896-5005
517615321*     +SYNCB/SAMS CLUB,    PO BOX 965005,   ORLANDO, FL 32896-5005
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 66


          ***** BYPASSED RECIPIENTS (continued) *****
517615325*    +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609
517615328*    +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517615329*    +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517615333*    +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615334*    +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615335*    +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615323    ##+Tate & Krilin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                TOTALS: 0, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Edward T. Williams rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Angela M. Foster-Williams rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```