**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47677
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Credit Acceptance Corporation

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDWARD T. WILLIAMS
ANGELA M. FOSTER WILLIAMS

Case No.: 18-22941

Adv. No.:

Hearing Date: 12-19-18

Judge:  RG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Edward and Angela Williams**
**18-22941(RG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Russell Low, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors, their attorney and the non-filing co-debtor, Nicole Robinson under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Credit Acceptance Corporation is the holder of a first purchase money security interest encumbering a 2012 Volkswagen Jetta bearing vehicle identification number 3VWLP7AJ8CCM347860 (hereinafter the "vehicle").

2. **Curing Arrears:**  Through December of 2018, the debtor was $3203.62 in arrears to Credit Acceptance and the loan encumbering the vehicle was due from 6-28-18 to 12-28-18.  To cure arrears, the debtor shall make a lump sum payment of $1000 to Credit Acceptance by 12-28-18.  Thereafter the debtor shall make cure payments to Credit Acceptance in the amount of $824.93 a month for six consecutive months, beginning 1-28-19.  If the debtor fails to make the $1000 payment by 12-28-18, or any cure payment with 15 days after it falls due (being the 28th of each month), Credit Acceptance Corporation shall receive stay relief as to the debtor and non-filing co-debtor, Nicole Robinson to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors, their attorney and the non-filing co-debtor.

3. After curing arrears, the debtor shall make all retail installment contract payments to Credit Acceptance Corporation when due, being the 28th day of each month.  In the event the debtor fails to make any payment for a period of 30 days after it falls due, Credit Acceptance Corporation shall receive stay relief as to the debtor and non-filing co-debtor, Nicole Robinson to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors, their attorney and the non-filing co-debtor.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Credit Acceptance Corporation shall receive as to the debtor and non-filing co-debtor, Nicole Robinson to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtors, their attorney and the non-filing co-debtor.

5. The debtors shall pay to Credit Acceptance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

6. **Only one curable default permitted:**  The debtor shall be permitted to have only one curable default under this order.  In the event of a subsequent default, Credit Acceptance shall have immediate stay relief and co-debtor relief to repossess and sell the vehicle without any application to this court or notice to the debtor or non-filing codebtor. Nicole Robinson.

United States Bankruptcy Court
District of New Jersey

In re:  
Edward T. Williams  
Angela M. Foster-Williams  
    Debtors

Case No. 18-22941-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 24, 2019  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.  
db/jdb     +Edward T. Williams,    Angela M. Foster-Williams,    161 Pomona Ave,    Newark, NJ 07112-2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:

     Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     John R. Morton, Jr.     on behalf of Creditor     Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
     Marie-Ann Greenberg     magecf@magtrustee.com  
     Rebecca Ann Solarz     on behalf of Creditor     BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
     Russell L. Low     on behalf of Joint Debtor Angela M. Foster-Williams rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
     Russell L. Low     on behalf of Debtor Edward T. Williams rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 7