**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: Edward T. Williams
Angela M. Foster-Williams

Case No.: 18-22941
Judge: RG

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: March 4, 2019

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  RLL        Initial Debtor:  ETW        Initial Co-Debtor  AMF

## Part 1: Payment and Length of Plan

a. The debtor shall pay __150.00 Monthly__ to the Chapter 13 Trustee, starting on __July 1, 2018__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    ☒ NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 2,500.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been

2

| | | | |
|---|---|---|---|
| assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): | | | |
| Creditor | Type of Priority | Claim Amount | Amount to be Paid |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                                                  Best Case Bankruptcy

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
BANKAMERICA
CREDIT ACCEPTANCE
Credit Acceptance

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $_____ to be distributed *pro rata*

☐ Not less than _____ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be**

filed with the Clerk of Court when the plan and transmittal notice are served.

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
    1) Ch. 13 Standing Trustee Commissions
    2) Other Administrative Claims
    3) Secured Claims
    4) Lease Arrearages
    5) Priority Claims
    6) General Unsecured Claims

    d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification   ☑ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: January 17, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified because Santander is not a secured claim. | The Plan is being modified by taking out Santander as a secured claim unaffected by the Plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: March 4, 2019        /s/ Edward T. Williams
                           Edward T. Williams
                           **Debtor**

Date: March 4, 2019        /s/ Angela M. Foster-Williams
                           Angela M. Foster-Williams
                           **Joint Debtor**

Date  March 4, 2019        /s/ Russell L. Low
                           Russell L. Low 4745
                           **Attorney for the Debtor(s)**

6

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 18-22941-RG
Edward T. Williams                                                  Chapter 13
Angela M. Foster-Williams
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3                  Date Rcvd: Mar 06, 2019
                               Form ID: pdf901             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db/jdb         +Edward T. Williams,    Angela M. Foster-Williams,    161 Pomona Ave,    Newark, NJ 07112-2030
517615268       ACS/CHELA,    C/O ACS,    UTICA, NY 13501
517615269      +ALLIED COLLECTION SVCS,    9301 OAKDALE AVE STE 205,    CHATSWORTH, CA 91311-6547
517615272     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE,     201 LITTLE FALLS DR,
                 WILMINGTON, DE 19808)
517615273      +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517726129       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517615282      +CHLD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517615284      +CREDIT ACCEPTANCE,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
517629358     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
517615288      +DEBT REC SOL,    6800 JERICHO TURNPIKE,    SYOSSET, NY 11791-4436
517615292      +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517615293      +DSRM NT BK,    POB 631,    AMARILLO, TX 79105-0631
517713050       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517615295      +HSBCINSLNS,    PO BOX 2013,    BUFFALO, NY 14240-2013
517615312      +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517655141      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517680758       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
517615324      +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609
517615326      +US DEPT OF ED/GLELSI,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
517615327      +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517615331     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: WELLS FARGO HM MORTGAG,    8480 STAGECOACH CIR,
                 FREDERICK, MD 21701)
517615332      +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615270      +allstate Property & Casualty Ins.,    PO Box 4303,    Carol Stream, IL 60197-4303
517615294      +excel medical lab Inc.,    DBA Everest Medical Lab,    99-107 Glendale Ave.,
                 Edison, NJ 08817-5279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:47:12
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517615267      +E-mail/Text: seinhorn@ars-llc.biz Mar 06 2019 23:44:26      ABLTY RECVRY,    PO BOX 4031,
                 WYOMING, PA 18644-0031
517615271      +E-mail/Text: ally@ebn.phinsolutions.com Mar 06 2019 23:42:54      ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517627966       E-mail/Text: ally@ebn.phinsolutions.com Mar 06 2019 23:42:54      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517615276      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:47      CAPITAL ONE,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517615274       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:47      CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517615281      +E-mail/Text: bankruptcy@cavps.com Mar 06 2019 23:44:06      CAVALRY PORTFOLIO SERV,
                 PO BOX 27288,    TEMPE, AZ 85285-7288
517615283     ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2019 23:43:33      COMENITY BANK/CHADWCKS,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517615286      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 06 2019 23:46:16      CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
517699166       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517621041      +E-mail/Text: bankruptcy@cavps.com Mar 06 2019 23:44:06      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517615289      +E-mail/Text: electronicbkydocs@nelnet.net Mar 06 2019 23:43:53      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
517615291      +E-mail/Text: mrdiscen@discover.com Mar 06 2019 23:42:55      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
517629198       E-mail/Text: mrdiscen@discover.com Mar 06 2019 23:42:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517615296       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 23:44:02      JEFFERSON CAPITAL SYST,
                 16 MCLELAND RD,    SAINT CLOUD, MN 56303
517673187       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 23:44:03      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Mar 06, 2019
                              Form ID: pdf901          Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517615298     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 23:46:59      LVNV FUNDING LLC,
               PO BOX 1269,    GREENVILLE, SC 29602-1269
517707111      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 23:46:20      LVNV Funding,
               c/o Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
517718370      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 23:46:22
               LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517704321      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 23:46:56
               LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517615300      E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 23:43:48       MCM,   POB 60578,
               Los Angeles, CA 90060-0578
517689599      E-mail/Text: bkr@cardworks.com Mar 06 2019 23:42:44       MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517615301     +E-mail/Text: bkr@cardworks.com Mar 06 2019 23:42:44       MERRICK BANK CORP,    PO BOX 9201,
               OLD BETHPAGE, NY 11804-9001
517615302     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 23:43:48       MIDLAND FUNDING,
               2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517693186     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 23:43:48       Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517615309     +E-mail/Text: bankruptcy@onlineis.com Mar 06 2019 23:44:15       ONLINE COLLECTIONS,    PO BOX 1489,
               WINTERVILLE, NC 28590-1489
517615310     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:46:16
               PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
518015007      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:58:34
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518015008      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:58:34
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517727980      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:46:15
               Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,   Norfolk VA 23541
517615311     +E-mail/Text: bkrpt@retrievalmasters.com Mar 06 2019 23:43:48       RMCB,   PO Box 1235,
               Elmsford, NY 10523-0935
517615314     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:47:11       SYNCB/AMER EAGLE,    PO BOX 965005,
               ORLANDO, FL 32896-5005
517615315     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:36       SYNCB/JEWELRY CUSTOM,
               C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517615316     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:47:12       SYNCB/LOWES,    PO BOX 956005,
               ORLANDO, FL 32896-0001
517615317     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:36       SYNCB/OLD NAVY,    PO BOX 965005,
               ORLANDO, FL 32896-5005
517615318     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:36       SYNCB/PEACH DIRECT,
               C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517615319     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:36       SYNCB/SAMS CLUB,    PO BOX 965005,
               ORLANDO, FL 32896-5005
517615322     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:47:12       SYNCB/WALMART,    PO BOX 965024,
               ORLANDO, FL 32896-5024
517617826     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:47:12       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517721744     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2019 23:58:23       Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517615330     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 06 2019 23:44:20       WEBBANK/FINGERHUT,
               6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
517615280     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:36       carecredit,    po box 960061,
               Orlando, FL 32896-0061
                                                                                               TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
               Southfield, MI  48034)
517615277*    +CAPITAL ONE,    PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517615279*    +CAPITAL ONE,    PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517615275*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517615278*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517615287*    +CREDIT ONE BANK NA,    PO BOX 98875,   LAS VEGAS, NV 89193-8875
517615285*    +Credit Acceptance,    PO Box 513,   Southfield, MI 48037-0513
517615290*    +DEPT OF EDUCATION/NELN,    121 S 13TH ST,   LINCOLN, NE 68508-1904
517615297*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: JEFFERSON CAPITAL SYST,    16 MCLELAND RD,    SAINT CLOUD, MN 56303)
517615299*    +LVNV FUNDING LLC,    PO BOX 1269,   GREENVILLE, SC 29602-1269
517615303*    +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615304*    +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615305*    +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615306*    +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517615307*    +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
```

```
District/off: 0312-2           User: admin              Page 3 of 3                  Date Rcvd: Mar 06, 2019
                               Form ID: pdf901          Total Noticed: 68


             ***** BYPASSED RECIPIENTS (continued) *****
517615308*       +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517693235*       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517615313*       +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517615320*       +SYNCB/SAMS CLUB,    PO BOX 965005,    ORLANDO, FL 32896-5005
517615321*       +SYNCB/SAMS CLUB,    PO BOX 965005,    ORLANDO, FL 32896-5005
517615325*       +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609
517615328*       +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517615329*       +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517615333*       +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615334*       +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615335*       +WF EFS,    PO BOX 5185,    SIOUX FALLS, SD 57117-5185
517615323      ##+Tate & Krilin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                TOTALS: 0, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                        Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Edward T. Williams rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Angela M. Foster-Williams rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```