**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

April 25, 2019

**Re: Standing Trustee's Notice of Distribution**
   **Case No: 18-22941**

On August 21, 2018 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL 25, 2019

**Chapter 13 Case # 18-22941**

Atty:   RUSSELL L LOW ESQ

Re:    EDWARD T. WILLIAMS
       ANGELA M. FOSTER-WILLIAMS
       161 POMONA AVE
       NEWARK, NJ  07112

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,600.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/21/2018 | $150.00 | 69893568943 | 09/05/2018 | $300.00 | 17806824033 |
| 10/11/2018 | $150.00 | 5303279000 | 11/14/2018 | $150.00 | 5390069000 |
| 12/21/2018 | $150.00 | 5482465000 | 01/03/2019 | $150.00 | 5516931000 |
| 02/19/2019 | $150.00 | 5630151000 | 03/06/2019 | $150.00 | 5684101000 |
| 04/04/2019 | $150.00 | 5758879000 | | | |

**Total Receipts: $1,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,500.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 73.35 | |
| ATTY | ATTORNEY | ADMIN | 2,500.00 | 100.00% | 1,285.20 | 1,214.80 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABLTY RECVRY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACS/CHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ALLIED COLLECTION SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,766.33 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,828.43 | * | 0.00 | |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY PORTFOLIO SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CHLD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/CHADWCKS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 415.72 | 100.00% | 0.00 | |
| 0013 | MIDLAND FUNDING LLC | UNSECURED | 724.72 | * | 0.00 | |
| 0014 | DEBT REC SOL | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DISCOVER BANK | UNSECURED | 1,160.99 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 467.54 | * | 0.00 | |
| 0018 | DSRM NT BK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HSBCINSLNS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 677.59 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 1,533.12 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 1,701.52 | * | 0.00 | |
| 0025 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PORTFOLIO RECOV ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | MIDLAND FUNDING LLC | UNSECURED | 347.24 | * | 0.00 | |
| 0030 | MIDLAND FUNDING LLC | UNSECURED | 2,023.84 | * | 0.00 | |
| 0031 | SYNCB/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCB/PEACH DIRECT | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CAVALRY SPV I LLC | UNSECURED | 442.41 | * | 0.00 | |
| 0035 | MIDLAND FUNDING LLC | UNSECURED | 1,781.20 | * | 0.00 | |
| 0039 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 113,175.76 | * | 0.00 | |
| 0040 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 31,904.78 | * | 0.00 | |
| 0041 | WEBBANK/FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | WF EFS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | ALLSTATE PROPERTY & CASUALTY INS. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | CARECREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | EXCEL MEDICAL LAB INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0050 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,898.13 | * | 0.00 | |
| 0051 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 481.45 | * | 0.00 | |
| 0054 | LVNV FUNDING LLC | UNSECURED | 468.74 | * | 0.00 | |
| 0055 | MIDLAND FUNDING LLC | UNSECURED | 3,287.05 | * | 0.00 | |
| 0056 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | MIDLAND FUNDING LLC | UNSECURED | 796.23 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 438.61 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 331.52 | * | 0.00 | |
| 0062 | SANTANDER CONSUMER USA INC. | UNSECURED | 17,396.28 | * | 0.00 | |
| 0063 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 351.39 | * | 0.00 | |
| 0064 | SYNCB/SAMS CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | US DEP ED | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 31,390.45 | * | 0.00 | |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 32,236.94 | * | 0.00 | |
| 0068 | SANTANDER CONSUMER USA INC. | UNSECURED | 16,196.14 | * | 0.00 | |
| 0069 | MIDLAND FUNDING LLC | UNSECURED | 1,291.27 | * | 0.00 | |
| 0070 | VERIZON | UNSECURED | 656.69 | * | 0.00 | |
| 0071 | CREDIT ACCEPTANCE CORPORATION | ADMINISTRATIVE | 531.00 | 100.00% | 0.00 | |

**Total Paid: $1,358.55**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

**Chapter 13 Case # 18-22941**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: April 25, 2019.

Receipts: $1,500.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $1,358.55     =     Funds on Hand: $141.45

Base Plan Amount: $10,600.00          -     Receipts: $1,500.00                    =     Total Unpaid Balance: **$9,100.00

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.