Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−22941−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward T. Williams                               Angela M. Foster−Williams
   161 Pomona Ave                                  161 Pomona Ave
   Newark, NJ 07112                              Newark, NJ 07112

Social Security No.:
   xxx−xx−8741                                      xxx−xx−5539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

**57** − Certification in Opposition to (related document:56 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2012 Volkswagen Jetta. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation, Motion for Relief from Co−Debtor Stay of Nicole Robinson) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 07/10/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by Russell L. Low on behalf of Angela M. Foster−Williams, Edward T. Williams. (Low, Russell)

Dated: 7/10/19

                                                     Jeanne Naughton
                                                     Clerk, U.S. Bankruptcy Court