# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                                              *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                    *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                     **RUSSELL L. LOW**


August 20, 2019

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

Re: Case No. 18-22941- RG, Edward T. Williams and Angela Foster-Williams


Honorable Rosemary Gambardella,

     Please withdraw Docket No. 57, Certification in Opposition to (related document:[56]

Creditor's Certification of Default. I apologize for any inconvenience this may have caused.


Thank you,

*/s/ Russell L. Low*

**Russell L. Low, Esq.**