RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Edward T Williams & Angela M. Foster-Williams | : | CASE NO. 18-22941 |
| Debtor | : | HONORABLE ROSEMARY GAMBARDELLA |

---

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Edward T Williams & Angela M. Foster-Williams in this bankruptcy proceeding.

2. The debtors were not able to be reached in order to file a timely opposition.

3. I am respectfully requesting the opportunity for more time to reach the debtors and resolve this matter accordingly.


Date:  <u>February 12, 2020</u>                                    <u>/s/Russell L. Low</u>
                                                                    **RUSSELL L. LOW, ESQ.**
                                                                    Attorney for Debtor