# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                                              *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                      *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                                **RUSSELL L. LOW**

February 14, 2020

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

Re: Case No. 18-22941-RG, Edward T Williams

Dear Honorable Gambardella,

    Please withdraw Docket No. 70, Response to Motion for Relief from Stay re: 161 Pomona Avenue Newark NJ 07112. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**