RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                              :   CHAPTER 13

Edward T Williams & Angela M.
Foster-Williams                                     :   CASE NO. 18-22941

Debtor                                              :   HONORABLE ROSEMARY GAMBARDELLA

---

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Edward T Williams & Angela M. Foster-Williams in this bankruptcy proceeding.

2. The debtors were not able to be reached in order to file a timely opposition.

3. I am respectfully requesting the opportunity for more time to reach the debtors and resolve this matter accordingly.


Date:  February 12, 2020                            /s/Russell L. Low
                                                    **RUSSELL L. LOW, ESQ.**
                                                    Attorney for Debtor