UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L Low Esq No 4745
Attorney for the Debtor

In Re:

Angela M. Foster-Williams & Edward T. Williams

Case No.: 18-22941

Judge: RG

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____Bank of America_____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The debtors would like the opportunity to attach a written opposition.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __March 11, 2020__        /s/Angela M. Foster-Williams
                                Debtor's Signature

Date: __March 11, 2020__        /s/Edward T. Williams
                                Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Hello Alondra,

I couldn't think straight.
I do have confirmation #s.

Jan 13, 2020 I call in pymt @ 5:46AM
S/W Melvin. Conf # 5986P. Call from Home.
Somehow only $1,173 was put turn on my account. I didn't recognized until end of Jan.

On Feb 6, 2020 a check was called in to BOA on Feb for $600 to be apply to Jan pymt that they (BOA) had made an error. check # 20620

Feb 12, 2020 @ 7:38pm S/W Stephanie from my son's hospital Bed. Call in $1,774.00 conf # 5924P.

Today March 11, 2020 @ 2:10pm S/W Brittany. Call in pymt for $1,773.00 conf # 026P