| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward T. Williams <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8741 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Angela M. Foster–Williams <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5539 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–22941–RG | | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward T. Williams                    Angela M. Foster–Williams

8/18/21                               **By the court:** Rosemary Gambardella
                                                      United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Edward T. Williams  
Angela M. Foster-Williams  
    Debtors

Case No. 18-22941-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward T. Williams, Angela M. Foster-Williams, 161 Pomona Ave, Newark, NJ 07112-2030 |
| 517615268 | ACS/CHELA, C/O ACS, UTICA, NY 13501 |
| 517615269 | + ALLIED COLLECTION SVCS, 9301 OAKDALE AVE STE 205, CHATSWORTH, CA 91311-6547 |
| 517615282 | + CHLD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517615288 | + DEBT REC SOL, 6800 JERICHO TURNPIKE, SYOSSET, NY 11791-4436 |
| 517615293 | + DSRM NT BK, POB 631, AMARILLO, TX 79105-0631 |
| 517615323 | + Tate & Krilin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |
| 517615324 | + US DEP ED, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 517615326 | + US DEPT OF ED/GLELSI, 2401 INTERNATIONAL LANE, MADISON, WI 53704-3121 |
| 517615327 | + US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 517615270 | + allstate Property & Casualty Ins., PO Box 4303, Carol Stream, IL 60197-4303 |
| 517615294 | + excel medical lab Inc., DBA Everest Medical Lab, 99-107 Glendale Ave., Edison, NJ 08817-5279 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517615267 | + Email/Text: mnapoletano@ars-llc.biz | Aug 18 2021 20:29:00 | ABLTY RECVRY, PO BOX 4031, WYOMING, PA 18644-0031 |
| 517615271 | + EDI: GMACFS.COM | Aug 19 2021 00:33:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 517615272 | EDI: WFFC.COM | Aug 19 2021 00:33:00 | AMERICAN HONDA FINANCE, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 517627966 | EDI: GMACFS.COM | Aug 19 2021 00:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517615273 | + EDI: BANKAMER.COM | Aug 19 2021 00:33:00 | BANKAMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 517726129 | EDI: BANKAMER.COM | Aug 19 2021 00:33:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517615276 | + EDI: CAPITALONE.COM | Aug 19 2021 00:33:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |

Case 18-22941-RG    Doc 92    Filed 08/20/21    Entered 08/21/21 00:12:43    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: 3180W | Total Noticed: 69 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 517615274 | EDI: CAPITALONE.COM | Aug 19 2021 00:33:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517615281 | + Email/Text: bankruptcy@cavps.com | Aug 18 2021 20:29:00 | CAVALRY PORTFOLIO SERV, PO BOX 27288, TEMPE, AZ 85285-7288 |
| 517615283 | + EDI: WFNNB.COM | Aug 19 2021 00:33:00 | COMENITY BANK/CHADWCKS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517615284 | + Email/Text: ebnnotifications@creditacceptance.com | Aug 18 2021 20:29:00 | CREDIT ACCEPTANCE, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 517629358 | Email/Text: ebnnotifications@creditacceptance.com | Aug 18 2021 20:29:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD, MI 48034 |
| 517615286 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2021 20:43:39 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517699166 | EDI: CAPITALONE.COM | Aug 19 2021 00:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517621041 | + Email/Text: bankruptcy@cavps.com | Aug 18 2021 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517615289 | + Email/Text: electronicbkydocs@nelnet.net | Aug 18 2021 20:29:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 517615291 | + EDI: DISCOVER.COM | Aug 19 2021 00:33:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 517615292 | + EDI: CITICORP.COM | Aug 19 2021 00:33:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517713050 | EDI: Q3G.COM | Aug 19 2021 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517629198 | EDI: DISCOVER.COM | Aug 19 2021 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517615295 | + EDI: HFC.COM | Aug 19 2021 00:33:00 | HSBCINSLNS, PO BOX 2013, BUFFALO, NY 14240-2013 |
| 517615296 | EDI: JEFFERSONCAP.COM | Aug 19 2021 00:33:00 | JEFFERSON CAPITAL SYST, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 517673187 | EDI: JEFFERSONCAP.COM | Aug 19 2021 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517615298 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:39 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 517707111 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:56 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517718370 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:39 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517704321 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:39 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517615300 | EDI: MID8.COM | Aug 19 2021 00:33:00 | MCM, POB 60578, Los Angeles, CA 90060-0578 |
| 517689599 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 20:43:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517615301 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 20:43:46 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 517615302 | + EDI: MID8.COM | Aug 19 2021 00:33:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |

Case 18-22941-RG    Doc 92    Filed 08/20/21    Entered 08/21/21 00:12:43    Desc Imaged
                        Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 18, 2021 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
| --- | --- | --- | --- |
| 517693186 | + EDI: MID8.COM | Aug 19 2021 00:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517615309 | + Email/Text: bankruptcy@onlineis.com | Aug 18 2021 20:29:00 | ONLINE COLLECTIONS, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 517615310 | + EDI: PRA.COM | Aug 19 2021 00:33:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |
| 518015007 | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518015008 | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517727980 | EDI: PRA.COM | Aug 19 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517615311 | + EDI: RMCB.COM | Aug 19 2021 00:33:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517615312 | + EDI: DRIV.COM | Aug 19 2021 00:33:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 517615314 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/AMER EAGLE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517615315 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/JEWELRY CUSTOM, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 517615316 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 517615317 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517615318 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/PEACH DIRECT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 517615319 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517615322 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 517655141 | + EDI: DRIV.COM | Aug 19 2021 00:33:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517617826 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517680758 | EDI: WFFC.COM | Aug 19 2021 00:33:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517721744 | + EDI: AIS.COM | Aug 19 2021 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517615330 | + EDI: BLUESTEM | Aug 19 2021 00:33:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD RD, SAINT CLOUD, MN 56303-0820 |
| 517615331 | EDI: WFFC.COM | Aug 19 2021 00:33:00 | WELLS FARGO HM MORTGAG, 8480 STAGECOACH CIR, FREDERICK, MD 21701 |
| 517615332 | + EDI: WFFC.COM | Aug 19 2021 00:33:00 | WF EFS, PO BOX 5185, SIOUX FALLS, SD 57117-5185 |
| 517615280 | + EDI: RMSC.COM | Aug 19 2021 00:33:00 | carecredit, po box 960061, Orlando, FL 32896-0061 |

TOTAL: 57

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: 3180W | Total Noticed: 69 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517615277 | *+ | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517615279 | *+ | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517615275 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517615278 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517615287 | *+ | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517615285 | *+ | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 517615290 | *+ | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 517615297 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYST, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 517615299 | *+ | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 517615303 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517615304 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517615305 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517615306 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517615307 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517615308 | *+ | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517693235 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517615313 | *+ | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 517615320 | *+ | SYNCB/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517615321 | *+ | SYNCB/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517615325 | *+ | US DEP ED, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 517615328 | *+ | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 517615329 | *+ | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 517615333 | *+ | WF EFS, PO BOX 5185, SIOUX FALLS, SD 57117-5185 |
| 517615334 | *+ | WF EFS, PO BOX 5185, SIOUX FALLS, SD 57117-5185 |
| 517615335 | *+ | WF EFS, PO BOX 5185, SIOUX FALLS, SD 57117-5185 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 18, 2021 | Form ID: 3180W | Total Noticed: 69 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com

Russell L. Low
    on behalf of Debtor Edward T. Williams ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
    on behalf of Joint Debtor Angela M. Foster-Williams ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7